UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>        Plaintiff,<br>   v.<br><br>FREDIS NOEL BONILLA, individually and d/b/a TACOS CHOICE; and CHOICE ENTERPRISE, INC., an unknown business entity d/b/a TACOS CHOICE,<br><br>        Defendants. | Case No.: 5:12-CV-02243-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On September 25, 2012, Plaintiff in the above-captioned action filed an *ex parte* request to continue the case management conference set for October 10, 2012, by thirty to forty-five days. *See* ECF No. 12. On July 19, 2012, the Court issued an order continuing the July 25, 2012 case management conference to October 10, 2012, so as to allow Plaintiff additional time to serve Defendant Choice Enterprise, Inc. ("Defendant"). *See* ECF No. 10. Plaintiff served Defendant on August 31, 2012, *see* ECF No. 11, but Defendant has not yet responded. Accordingly, the Court grants Plaintiff's request and continues the case management conference from October 10, 2012, to November 14, 2012, at 2:00 p.m. The Court will not grant any further continuances of the initial case management absent a showing of good cause.

**IT IS SO ORDERED.**

Dated: September 26, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-02243-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE