United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) | Case No.: 12-CV-02243-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| FREDIS NOEL BONILLA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On October 10, 2012, the Clerk of the Court entered default against Defendant Choice Group Enterprises, Inc., an unknown business entity d/b/a Tacos Choice. *See* ECF No. 15. On November 8, 2012, Plaintiff voluntarily dismissed, without prejudice, defendant Fredis Noel Bonilla, individually and d/b/a Tacos Choice. ECF No. 17. Plaintiff then filed a Motion for Default Judgment against defendant Choice Group Enterprise, Inc. ECF No. 18. Accordingly, the Court continues the scheduled November 14, 2012 case management conference to the date of the motion hearing, Thursday, March 21, 2013, at 2:00 p.m. The case management conference statement is due by Thursday, March 14, 2013.

**IT IS SO ORDERED.**

Dated: November 8, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge