1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | Case No.: 12-CV-02243-LHK |
| Plaintiff, | ) ) | ORDER CONTINUING HEARING |
| v. | ) ) | |
| FREDIS NOEL BONILLA, et al., | ) ) | |
| Defendants. | ) ) | |

The case management conference and hearing on Plaintiff's Motion for Default Judgment, which were scheduled for March 21, 2013, are hereby CONTINUED to July 25, 2013, at 1:30pm.

**IT IS SO ORDERED.**

Dated: February 22, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02243-LHK
ORDER CONTINUING HEARING