**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) | Case No.: 12-CV-02243-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING HEARING |
| v. ) | |
| ) | |
| FREDIS NOEL BONILLA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The case management conference and hearing on Plaintiff's Motion for Default Judgment, which were scheduled for March 21, 2013, are hereby CONTINUED to July 25, 2013, at 1:30pm.

**IT IS SO ORDERED.**

Dated: February 22, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02243-LHK
ORDER CONTINUING HEARING